IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHIRLEY GARNER; and
MAXIE KEY                                                                PLAINTIFFS

v.                           No. 2:17-cv-155-DPM

VIRGIL GREEN, Individually and
in his Official Capacity as Chief of
Police for the City of Helena-West
Helena, Arkansas; CYNTHIA
GAMBLE, Individually and in her
Official Capacity as a Police Officer
for the City of Helena-West Helena,
Arkansas; CARL VANN, Individually
and in his Official Capacity as a Police
Officer for the City of Helena-West
Helena, Arkansas; and MICHAEL
THOMAS, Individually and in his Official
Capacity as a Police Officer for the City of
Helena-West Helena, Arkansas                                              DEFENDANTS

## ORDER

Plaintiffs' unopposed motion to dismiss, № 25, is granted. The Court will enter Judgment accordingly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2019